Fill in this information to identify the case:

Debtor name: **Mountain Divide, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Pipe & Supply<br>27 North Central Avenue<br>Cut Bank, MT 59427 | | Trade Debt | Unliquidated Disputed | | | $1,020,082.94 |
| High Plains, Inc.<br>PO Box 473<br>Gillette, WY 82717 | | Trade Debt | Disputed | | | $487,843.88 |
| Hurley Enterprises, Inc.<br>P.O. Box 385<br>Fairview, MT 59221 | | Trade Debt | | | | $163,911.87 |
| Irongate Rental Services<br>PO Box 204427<br>Dallas, TX 75320-4427 | | Trade Debt | Disputed | | | $205,438.18 |
| Magnum Midstream, LLC<br>103 1st Avenue West<br>Suite 200<br>Dickinson, ND 58601 | | Trade Debt | | | | $265,578.52 |
| MBI Energy Logistics<br>P.O. Box 912524<br>Denver, CO 80291-2524 | | Trade Debt | Disputed | | | $2,855,279.71 |
| MBI Energy Services<br>P.O. Box 912524<br>Denver, CO 80291-2524 | | Trade Debt | Disputed | | | $209,202.49 |
| Nabors Drilling USA, LP<br>P.O. Box 973527<br>Dallas, TX 75397-3527 | | Trade Debt | Disputed | | | $2,151,193.34 |

Official form 204 — Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims — page 1

Debtor  **Mountain Divide, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| National Oilwell Varco, LP<br>PO Box 202631<br>Dallas, TX 75320 | | Trade Debt | | | | $246,514.26 |
| Northern Energy Services<br>P.O. Box 787<br>Tioga, ND 58852 | | Trade Debt | Disputed | | | $303,750.20 |
| Northern States Completions<br>PO Box 1267<br>Williston ND 58802 | | Trade Debt | Disputed | | | $183,107.64 |
| Phoenix Tech. Services USA, Inc.<br>12329 Cutten Rd<br>Houston, TX 77066 | | Trade Debt | | | | $167,214.00 |
| Precision Completion and Production<br>10350 Richmond Avenue<br>Suite 700<br>Houston, TX 77042 | | Trade Debt | Disputed | | | $200,766.04 |
| Process Systems, Cameron Solutions, Inc.<br>PO Box 731413<br>Dallas, TX 75373-1413 | | Trade Debt | | | | $255,786.03 |
| Sanjel (USA), Inc.<br>511 16th street, Suite 300<br>Denver, CO 80202 | | Trade Debt | Disputed | | | $2,593,134.39 |
| SM Energy Company<br>PO Box 910834<br>Denver, CO 80291-0384 | | Trade Debt | Disputed | | | $323,541.21 |
| Terry R. Pitt Construction, Inc.<br>180 Pollux Drive<br>Rock Springs, WY 82901 | | Trade Debt | | | | $267,768.38 |
| True Blue Enterprises, LLC<br>340 Broad Street<br>Sentinel Butte, ND 58654 | | Trade Debt | | | | $386,615.56 |
| Weatherford US LP<br>PO Box 301003<br>Dallas, TX 75303 | | Trade Debt | Disputed | | | $567,515.99 |

Debtor **Mountain Divide, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Energy Capital, Inc.**<br>**MAC C7300-061**<br>**1700 Lincoln Street, 6th Floor**<br>**Denver, CO 80274** | | **Loan** | | **$56,100,925.19** | **$6,953,572.53** | **$51,026,514.50** |
| **Yankee Fishing & Rental**<br>**PO Box 912524**<br>**Denver, CO 80291** | | **Trade Debt** | **Disputed** | | | **$296,600.27** |