# United States Bankruptcy Court
## District of Montana

In re  **Mountain Divide, LLC**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mountain Divide, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Mountain View Energy, Inc.**
**33 1st Avenue SW**
**Cut Bank, MT 59427**

☐ None [*Check if applicable*]

**October 13, 2016**
Date

/s/ Jeffery A. Hunnes
**Jeffery A. Hunnes**
Signature of Attorney or Litigant
Counsel for  **Mountain Divide, LLC**
**Guthals, Hunnes & Reuss, P.C.**
**P.O. Box 1977**
**Billings, MT 59101**
**(406)245-3071 Fax:(406)245-3074**