UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MOUNTAIN DIVIDE, LLC**,

Debtor.

Case No. **16-61015-11**

# O R D E R

At Butte in said District this 24th day of October, 2016.

Upon review of Debtor's Motion to Reschedule Hearing filed October 21, 2016, and in accordance with the dialogue held on the record in open Court on October 24, 2016,

IT IS ORDERED that Debtor's Motion to Reschedule Hearing is granted; and the hearing scheduled for October 24, 2016, on:

DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO
11 U.S.C. §§ 105, 361, 362, 363, 364 AND 507 (I) APPROVING POSTPETITION
SECURED FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS,
(III) AUTHORIZING USE OF CASH COLLATERAL, (IV) GRANTING ADEQUATE
PROTECTION, (V) MODIFYING THE AUTOMATIC STAY, AND (VI) SCHEDULING
FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b),

is continued to and shall instead be held **Thursday, October 27, 2016, at 09:00 a.m.**, or as soon thereafter as the parties can be heard, in the BIGHORN COURTROOM, 5TH FLOOR ROOM 5503, JAMES F. BATTIN UNITED STATES COURTHOUSE, 2601 2ND AVENUE NORTH, BILLINGS, MONTANA.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

```
                          United States Bankruptcy Court
                                 District of Montana
In re:                                                         Case No. 16-61015-RBK
MOUNTAIN DIVIDE, LLC                                           Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0977-2          User: pmm              Page 1 of 1           Date Rcvd: Oct 24, 2016
                              Form ID: pdfoct        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2016.
db             +MOUNTAIN DIVIDE, LLC,    PO BOX 200,    CUT BANK, MT 59427-0200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2016 at the address(es) listed below:
              AARON GRAHAM YORK    on behalf of U.S. Trustee    OFFICE OF THE U.S. TRUSTEE Aaron.G.York@usdoj.gov
              DOUG   JAMES    on behalf of Creditor    WELLS FARGO ENERGY CAPITAL, INC.
               doug.james@moultonbellingham.com
              GEORGE H. SINGER    on behalf of Creditor    WELLS FARGO ENERGY CAPITAL, INC. gsinger@lindquist.com
              JACK DONALD BRENTON     jack.d.brenton@usdoj.gov
              JEFFERY A. HUNNES    on behalf of Debtor    MOUNTAIN DIVIDE, LLC jhunnes@ghrlawfirm.com,
               klgeck@ghrlawfirm.com
              JON E. DOAK    on behalf of Interested Party Richard  Findley doaklaw@wtp.net
              JON E. DOAK    on behalf of Interested Party    Rapala Royalties, LLC doaklaw@wtp.net
              JON E. DOAK    on behalf of Interested Party    Vestal Resources, Inc. doaklaw@wtp.net
              JON E. DOAK    on behalf of Interested Party    Empire Oil Company doaklaw@wtp.net
              KIM   LEWINSKI    on behalf of Creditor    Nabors Drilling, USA, LP KLEWINSKI@DORELAWGROUP.NET,
               vmartinez@dorelawgroup.net
              KIM   LEWINSKI    on behalf of Creditor    IronGate Rental Services, LLC KLEWINSKI@DORELAWGROUP.NET,
               vmartinez@dorelawgroup.net
              KIM   LEWINSKI    on behalf of Creditor    Thru Tubing Solutions, Inc. KLEWINSKI@DORELAWGROUP.NET,
               vmartinez@dorelawgroup.net
              KIM   LEWINSKI    on behalf of Creditor    Canrig Drilling Technology Ltd.
               KLEWINSKI@DORELAWGROUP.NET, vmartinez@dorelawgroup.net
              LAURA T MYERS    on behalf of Debtor    MOUNTAIN DIVIDE, LLC LMYERS@GHRLAWFIRM.COM
              NATHAN SOMMERS JACOBS (ALTSULER, K)     KALTSULER@NATHANSOMMERS.COM,
               DTHOMPSON@NATHANSOMMERS.COM;JMARTIN@NATHANSOMMERS.COM
              NEAL G. JENSEN    on behalf of U.S. Trustee    OFFICE OF THE U.S. TRUSTEE Neal.G.Jensen@usdoj.gov
              OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
              SARAH E KUNTZ    on behalf of Interested Party    American Pipe & Supply Co. SKUNTZ@SMITHBAKKE.COM
                                                                                             TOTAL: 18